# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENN OUTDOOR SERVICES LLC** <br> *Plaintiff* <br><br> v. <br><br> **JK CONSULTANTS** <br> *Defendant* | **CIVIL ACTION** <br><br> **NO. 17-2791** |

# ORDER

**AND NOW**, this 10th day of August 2018, upon consideration of Defendant's *motion to compel arbitration and stay proceedings*, [ECF 15], Plaintiff's opposition thereto, [ECF 16], Defendant's reply, [ECF 17], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*